[No. 2871-2.   Division Two.   July 12, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. JACK W.
TREPTOW, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. C-2920, Jay W. Hamilton, J., entered March

21, 1977. *Remanded* by unpublished opinion per Petrie, J., concurred in by Reed, A.C.J., and Andersen, J.